---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF PUERTO RICO**

Case number (if known): _____   Chapter   __11__

☐ Check if this is an amended filing

---

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| 1. | Debtor's name | **EMÉRITO ESTRADA RIVERA-ISUZU DE PUERTO RICO, INC.** |
|---|---|---|

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   _6_ _6_ – _0_ _3_ _9_ _3_ _3_ _7_ _3_

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **AVE. JOHN F. KENNEDY** <br> Number   Street | **PMB 229** <br> Number   Street |
| **KM 3.9** | **2000 CARR. 8177  STE. 26** <br> P.O. Box |
| | |
| **SAN JUAN**    PR    00920 <br> City         State   ZIP Code | **GUAYNABO**    PR    00966 <br> City         State   ZIP Code |
| **SAN JUAN** <br> County | Location of principal assets, if different from principal place of business |
| | Number   Street |
| | City         State   ZIP Code |

5. **Debtor's website (URL)**   _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **EMÉRITO ESTRADA RIVERA-ISUZU DE PUERTO RICO, INC.**         Case number (if known) _____

**7.** **Describe debtor's business**         *A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

  _5_  _3_  _1_  _1_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**         *Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District  **DISTRICT OF PUERTO RICO**   When _____   Case number **13-4608(ESL**
                                                    MM / DD / YYYY

   District _____   When _____   Case number _____
                                   MM / DD / YYYY

   District _____   When _____   Case number _____
                                   MM / DD / YYYY

Debtor **EMÉRITO ESTRADA RIVERA-ISUZU DE PUERTO RICO, INC.**                    Case number (if known) _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☑ No | |
|---|---|---|---|
| | | ☐ Yes. | Debtor _____  Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | | District _____  When _____ MM / DD / YYYY |
| | | | Case number, if known _____ |
| | | | Debtor _____  Relationship _____ |
| | | | District _____  When _____ MM / DD / YYYY |
| | | | Case number, if known _____ |

**11.  Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**      *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

                          _____
                          City                  State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and adminstrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Debtor  **EMÉRITO ESTRADA RIVERA-ISUZU DE PUERTO RICO, INC.**          Case number (if known) _____

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |
| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| ■■■■ | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/14/2016**
    MM / DD / YYYY

X /s/ HECTOR ESTRADA-COLON          **HECTOR ESTRADA-COLON**
    Signature of authorized representative of debtor          Printed name

Title **PRESIDENT**

18. Signature of attorney

X /s/  GUILLERMO F. DE GUZMAN          Date  **12/14/2016**
    Signature of attorney for debtor          MM / DD / YYYY

    **GUILLERMO F. DE GUZMAN**
    Printed name

    **DEGUZMAN LAWYERS, P.S.C.**
    Firm name

    **268 PONCE DE LEON AVE.**
    Number     Street

    **THE HATO REY CENTER BLDG.   SUITE 904**

    **SAN JUAN**                    **PR**        **00918**
    City                          State      ZIP Code

    **(787) 756-2765**              **gdeguzman@dgglawpr.com**
    Contact phone                  Email address

    **201309**                      **PR**
    Bar number                      State

**Fill in this information to identify the case:**

Debtor name   **EMÉRITO ESTRADA RIVERA-ISUZU DE PUERTO RICO, IN**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MUNICIPALITY OF SAN JUAN FINANCE DEPARTMENT PO BOX 71332 SAN JUAN PR 00936-8432 | | MUNICIPAL LIABILITY | | | | $166,932.35 |
| 2 | PUERTO RICO POWER AUTHORITY (AEE) PO BOX 363508 SAN JUAN  PR  00936 | | ELECTRIC POWER UTILITY | | | | $59,071.13 |
| 3 | FUENTES LAW OFFICES, LLC. PO BOX 9022726 SAN JUAN  PR  00902-2726 | | PROFESSIONAL SERVICES | | | | $35,591.55 |
| 4 | ATT MOBILITY PR PO BOX 70261 SAN JUAN  PR  00936-8261 | | MOBILE SERVICE PROVIDER | | | | $30,841.50 |
| 5 | COMPLETE TRUCK BODIES INC. 21850 GEORGIA HIGHWAY 85 GAY, GA 30218 | | TRADE DEBT | | | | $29,121.69 |

Debtor    **EMÉRITO ESTRADA RIVERA-ISUZU DE PUERTO RICO, INC**        Case number (if known) _____
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6    CPA JOSE ROSA RIVERA PO BOX 191318 SAN JUAN  PR 00919 | | PROFESSIONAL SERVICES | | | | $28,610.00 |
| 7    BARNES DISTRIBUTION GALLERIA & TOWER AT ERIEVIEW 1301 EAST 9TH STREET SUITE 700 CLEVELAND  OH 44114 | | TRADE DEBT | | | | $22,113.60 |
| 8    SALA, HERNANDEZ & GARCIA SAN VICENTE BLDG. SUITE 102 8169 CONCORDIA STREET | | PROFESSIONAL SERVICES | | | | $16,092.57 |
| 9    PREFERRED HEALTH PLAN B5 CALLE TABONUCO SUITE 216 PMB  356 GUAYNABO  PR  00968 | | MEDICAL INSURANCE PROVIDER | | | | $14,854.00 |
| 10   ORIENTAL BANK AND TRUST PO BOX 195115 SAN JUAN  PR  00919-5115 | | AUTO LOAN | | | | $13,583.98 |
| 11   MARIO DUMONT CALLE YALE #7 SANTA ANA RIO PIEDRAS  PR  00925 | | PROFESSIONAL SERVICES | | | | $10,000.00 |
| 12   ESTUDIOS TECNICOS INC. PO BOX 12144 SAN JUAN  PR  00914-0144 | | PROFESSIONAL SERVICES | | | | $10,000.00 |
| 13   CROWLEY LINER PO BOX 9023921 SAN JUAN  PR  00902-3921 | | TRANSPORT SERVICES | | | | $9,715.00 |

Debtor   **EMÉRITO ESTRADA RIVERA-ISUZU DE PUERTO RICO, INC**      Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 ODV APPRAISAL GROUP SUITE 1 PLAZA 87 87 ROMERILLO ST. EXT. SANTA MARIA SAN JUAN  PR  00926 | | PROFESSIONAL SERVICES | | | | $9,500.00 |
| 15 ALMACENES ARILOPE CARR 2 KM 124.7 AGUADILLA  PR  00603 | | TRADE DEBT | | | | $9,029.60 |
| 16 NATIONAL CERAMICS CARR 1 KM 24.50 CAGUAS  PR  00725 | | TRADE DEBT | | | | $6,465.58 |
| 17 AERONET WIRELESS BROADBAND CORP PO BOX 270013 SAN JUAN  PR  00927 | | WIRELESS SERVICES | | | | $5,956.75 |
| 18 MASTER CONCRETE CORP. KM HM 6 CANDELARIA W  RD 2 TOA BAJA  PR  00949 | | TRADE DEBT | | | | $4,802.16 |
| 19 HOLD SMART 1610 PONCE DE LEON AVE. SAN JUAN  PR  00907 | | TELEPHONE SERVICE PROVIDER | | | | $3,588.00 |
| 20 ECONOCARIBE PLAZA HATO TEJAS BUILDING #6 BAYAMON  PR  00959 | | SHIPPING SERVICES | | | | $3,518.34 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**SAN JUAN DIVISION**

IN RE:   **EMÉRITO ESTRADA RIVERA-ISUZU DE PUERTO RICO, INC.**        CASE NO

                                                                    CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/14/2016                                          Signature   /s/ HECTOR ESTRADA-COLON

                                                                      *HECTOR ESTRADA-COLON*
                                                                      *PRESIDENT*

Date  12/14/16                                            Signature

Debtor(s):  EMÉRITO ESTRADA RIVERA-ISUZU DE
PUERTO RICO, INC.

Case No:
Chapter: 11

DISTRICT OF PUERTO RICO
SAN JUAN DIVISION

ADVANCED OFFICE
ZONA INDUSTRIAL COMANDANTE
EDIFICIO 3B
CAROLINA  PR  00982

CRIM
PO BOX 195387
SAN JUAN PR 00919-5387

FUENTES LAW OFFICES, LLC.
PO BOX 9022726
SAN JUAN  PR  00902-2726

AERONET WIRELESS BROADBAND CORP
PO BOX 270013
SAN JUAN  PR  00927

CROWLEY LINER
PO BOX 9023921
SAN JUAN  PR  00902-3921

GOMERA FELICIANO
CARR PR-110 KM 4.1
BO. MARIAS
MOCA  PR  00676

ALMACENES ARILOPE
CARR 2 KM 124.7
AGUADILLA  PR  00603

DAVID CRUZ ACEVEDO
C/O PR LABOR DEPARTMENT
PO BOX 191020
SAN JUAN  PR  00919

GPH MOTOR CORPORATION
PO BOX 29468
SAN JUAN  PR  00929-0468

AROMA COFFEE BREAK
1537  AVE. PONCE DE LEON
SECTOR EL CINCO
RIO PIEDRAS PR 00925

DUARTE WASTE
CALLE PARIS  243
PMB 1886
SAN JUAN  PR  00917

HOLD SMART
1610 PONCE DE LEON AVE.
SAN JUAN  PR  00907

ATT MOBILITY PR
PO BOX 70261
SAN JUAN  PR  00936-8261

ECONOCARIBE
PLAZA HATO TEJAS
BUILDING #6
BAYAMON  PR  00959

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA
PA  19101-7346

BARNES DISTRIBUTION
GALLERIA & TOWER AT ERIEVIEW
1301 EAST 9TH STREET
SUITE 700
CLEVELAND  OH 44114

ESPINOSA AUTO GLASS
250 AVE. WEST MAIN
BAYAMON  PR  00959

MARIO DUMONT
CALLE YALE #7
SANTA ANA
RIO PIEDRAS  PR  00925

BAZUKA SERVICES INC.
1211 AVE. FD ROOSEVELT
SAN JUAN  PR  00920

ESTUDIOS TECNICOS INC.
PO BOX 12144
SAN JUAN  PR  00914-0144

MASTER CONCRETE CORP.
KM HM 6 CANDELARIA W  RD 2
TOA BAJA  PR  00949

COMPETITION FUELS
URB. INDUSTRIAL MINILLAS
BAYAMON  PR  00961

FDIC-S
C/O LCDA. TESSIE LEAL
165 AVE. PONCE DE LEON
OFFICE 102
SAN JUAN  PR  00917-1233

MCS LIFE
PO BOX 9023547
SAN JUAN  PR  00902

COMPLETE TRUCK BODIES INC.
21850 GEORGIA HIGHWAY 85
GAY, GA 30218

FEBCO PAINT CENTER
 PD 7 CAMPO RICO AVE.
CAROLINA  PR  00982

MINUTEMAN PRESS
URB CAPARRA TERRACE
AVE. AMERICO MIRANDA 1503
SAN JUAN  PR 00922

CPA JOSE ROSA RIVERA
PO BOX 191318
SAN JUAN  PR 00919

FRANCISCO ALMEIDA LEON
C/O EDILBERTO BERRIOS PEREZ
EDIF. CAPITAL CENTER TORRE SUR
239 AVE. ARTERIAL HOSTOS STE 90
SAN JUAN  PR  00918-1400

MOBILE PAINT
CARR 190 KM 1 HM 5 BUILDING 2
CAROLINA  PR 00985

Debtor(s):  EMÉRITO ESTRADA RIVERA-ISUZU DE      Case No:                          DISTRICT OF PUERTO RICO
            PUERTO RICO, INC.              Chapter: 11                           SAN JUAN DIVISION

MOR                          PR WATER AUTHORITY  (AAA)        SPECIALTY OFFICE
ANDALUCIA 762                PO BOX 7066                      PO BOX 1914
SAN JUAN   PR 00921          SAN JUAN PR 00916-7066           GUAYNABO  PR  00970


MR. COOL MECHANICAL          PREFERRED HEALTH PLAN            STATE INSURANCE FUND
PO BOX 6467                  B5 CALLE TABONUCO  SUITE 216     PO BOX 365028
BAYAMON  PR 00960            PMB  356                         SAN JUAN  PR  00936-5028
                             GUAYNABO  PR  00968


MUNICIPALITY OF MOCA         PUERTO RICO POWER AUTHORITY (AE  STERLING COMPUTER
PO BOX 1571                  PO BOX 363508                    16135 COVELLO STREET
MOCA  PR  00676              SAN JUAN  PR  00936              VAN NUYS  CA  91406


MUNICIPALITY OF SAN JUAN     RADTEC                           TENERIFE REAL ESTATE HOLDINGS L
FINANCE DEPARTMENT           HC-02 BOX 9529                   PO BOX 1866
PO BOX 71332                 GUAYNABO  PR  00971              LUQUILLO  PR  00773
SAN JUAN PR 00936-8432


MUNICIPALITY OF TOA BAJA     RIMCO                            TREASURY DEPARTMENT OF PUERTO R
PO BOX 2359                  PO BOX  362529                   PO BOX 9022501
TOA BAJA  PR  00951-0082     SAN JUAN  PR  00936-2529         SAN JUAN PR 00902-2501


NATIONAL CERAMICS            ROTTO DIESEL                     UNITED PARCEL SERVICE
CARR 1 KM 24.50              AVE. FD ROOSEVELT 1327           PO BOX 2113
CAGUAS  PR  00725            SAN JUAN  PR  00920              CAROLINA  PR  00984


ODV APPRAISAL GROUP          SALA, HERNANDEZ & GARCIA         VENTO DISTRIBUTORS
SUITE 1 PLAZA 87             SAN VICENTE BLDG. SUITE 102      AMELIA INDUSTRIAL PARK
87 ROMERILLO ST.             8169 CONCORDIA STREET            CALLE FRANCES #40
EXT. SANTA MARIA             PONCE  PR  00717                 GUAYNABO  PR  00968
SAN JUAN  PR  00926


ORIENTAL BANK AND TRUST      SECURITY DATA                    WASTE MANAGEMENT
PO BOX 195115                CALLE H 579  TRINIDAD            EL COQUI HAULING
SAN JUAN  PR  00919-5115     BAYAMON PR 00959                 RD #3  INT 923  KM 1.7
                                                              BO. BUENA VISTA
                                                              HUMACAO  PR  00791


PITNEY BOWES PR INC.         SMALL BUSINESS ADM.              WM CAPITAL MANAGEMENT INC.
PO BOX 11662                 273 PONCE DE LEON AVE.           4032 MASONBORO LOOP ROAD
SAN JUAN  PR  00922-1662     PLAZA SCOTIABANK STE 510         UNIT 104
                             SAN JUAN  PR  00917              WILMINGTON  NC 28409


PR DEPARTMENT OF LABOR       SOUTHEASTERN FREIGHT LINES
PO BOX 195540                CENTRO MERCANTILE INT'L
SAN JUAN  PR  00918-5540     BUILDING 7 LOT #11 & 12
                             GUAYNABO  PR  00969

CERTIFIED COPY OF RESOLUTION OF THE BOARD
OF DIRECTORS OF **EMERITO ESTRADA RIVERA-ISUZU DE PUERTO RICO, INC.**
AUTHORIZING THE FILING OF A PETITION FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE

RESOLVED:  Whereas the corporation is unable to meet its obligations as they mature; and

Whereas, creditors are threatening suit and have threatened to undertake steps to obtain possession of the corporation's assets; and

Whereas, it is apparent that the continuation of the affairs of the corporation without the protection of the Bankruptcy Court could result in the corporation's demise.  Now therefore,

Be it resolved that a Petition in Proceedings for Reorganization under Chapter 11 of the Bankruptcy Code be filed by the corporation and that Héctor Estrada Colón as President, be and hereby is authorized to execute on behalf of the corporation and for it all the necessary documents for the filing of a Petition for Reorganization under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That pursuant to 11 U.S.C. §1107, the corporation shall exercise the rights and powers set forth therein, subject to the provisions thereof and unless the United States Bankruptcy Court for the District of Puerto Rico provides or orders otherwise, the corporation will continue to operate its business and manage its affairs, as provided in 11 U.S.C. §1108.

That Alexis Fuentes Hernández, Esq., of Fuentes Law Offices, be retained to act as counsel for the corporation in such reorganization proceedings or any other proceeding under the Bankruptcy Code.

The undersigned, Edith Colón Feliciano, hereby certifies that she is the Secretary of Emerito Estrada Rivera-Isuzu de Puerto Rico, Inc. and that the above is a true and correct copy of a resolution adopted by the Board of Directors of said corporation at a duly constituted meeting held on the 12th day of December, 2016, in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

CORPORATE RESOLUTION

In witness hereof, I have here to set my hand and affixed the seal of said corporation this 12th day of December, 2016.

Edith Colón Feliciano
Secretary